| | | |
|---|---|---|
| GENESIS OFFICE SYSTEMS, INCORPORATED<br>2410 Ross Road<br>St. Leonard, Maryland 20685 | * * * * * | IN THE<br><br>CIRCUIT COURT<br><br>FOR |
| Plaintiff, | * * | CALVERT COUNTY |
| v. | * * | |
| PNC BANK, NATIONAL ASSOCIATION<br>249 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br><u>Resident Agent</u>:<br>CSC Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202 | * * * * * * * * * | FILED<br>2014 JUL -1 PM 1:29<br>CALVERT COUNTY, CLERK<br>CIRCUIT COURT |
| Defendant. | * * | Case No.: C14-814 |

## <u>COMPLAINT (and demand for Jury Trial)</u>
### Conversion

Genesis Office Systems, Inc. (hereinafter "Genesis"), Plaintiff, sues PNC Bank, National Association (hereinafter "PNC"), Defendant, and says:

**JURISDICTION**

1. Plaintiff has its principle office in Calvert County, Maryland.

2. Defendant operates its banking business in Calvert County, Maryland, and Plaintiff was injured by its banking practices.

**FACTS**

3. In May 2014, Plaintiff's C.E.O. Mr. Ronald Hawkins visited PNC Bank to redeem two Certificates of Deposit (hereinafter "CD") the company had secured in 1997 and 2001 (plus the interest on them), the former for ten thousand dollars ($10,000.00) and the latter for one hundred thousand dollars ($100,000.00). See. Attached Exhibit "A"

4. Due to the company's success in the late nineties, the CDs were secured, retained, and "put away" for future use.

5. Because of company needs, a business decision was made to redeem the CDs.

6. The only official of Genesis with the authority to redeem CDs, write checks, authorize financial expenditures, etc. is the Chief Executive Officer, Mr. Ronald Hawkins (hereinafter "Mr. Hawkins").

7. Hence, Mr. Hawkins visited a Prince Frederick, Maryland, PNC Branch with the two CDs in his hand to redeem them. He was informed by bank officials that some research needed to be done before they would allow redemption.

8. A week later, Mr. Hawkins was informed that the only records the bank had on the CDs were some statements from a former bank PNC acquired, showing "TD REDEMPTION." See. Attached Exhibit "B"

9. In shock, Mr. Hawkins informed the Defendant that he did not redeem the CDs, and no one else could have since he, as the C.E.O., was the only person who was authorized to do such for the company. Mr. Hawkins also asked the bank for proof of

[a] the identity of who they allege obtained the funds and [b] the signed redemption form for the CDs.

10. The Defendant failed to provide the proof requested, failed to provide video proof, failed to provide any bank official verifying redemption, and failed to return the Plaintiff's funds.

11. The Plaintiff turned the matter over to its corporate counsel.

12. After being contacted by Plaintiff's counsel (by telephone and in writing) and informed that it was holding CD funds that belonged to the Plaintiff, had no right to retain the funds after receiving a proper request for them from the Plaintiff, could not rely on its own poor internal operating procedures to justify keeping the funds, and needed to return the funds by a date certain, Defendant flatly refused to return the Plaintiff's funds and did not do so.

**WHEREFORE,** Genesis Office Systems, Inc. demands judgment against the Defendant for [1] ten thousand dollars ($10,000.00), [2] one hundred thousand dollars ($100,000.00), [3] all interest reflected on the "Certificate of Deposit Statements" attached as Exhibit "B" (i.e., $6,481.52), [4] all court costs, and [5] all attorney's fees (for the defendant's unjustified defense), such fees presently being $1,125.00 (5 hours at $225.00 per hour).

*I solemnly affirm, under the penalties of perjury and upon personal knowledge, that the contents of the foregoing paper are true.*

_____  6/27/14
Mr. Ronald Hawkins                                  Date
C.E.O. of Genesis Office Systems, Inc.


_____
Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
  Jones, Esquire
3rd Floor – Suite 5,
1701 Madison Avenue
Baltimore, MD 21217
410-462-5800
joneses003@msn.com

**Attorney for Plaintiff**

## DEMAND FOR JURY TRIAL

Genesis Office Systems, Inc. demands a jury trial in this action.

*Rickey Nelson Jones*
Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
　　Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
(410) 462-5800
joneses003@msn.com

**Attorney for Plaintiff**