**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **GENESIS OFFICE SYSTEMS, INCORPORATED** | * |
| | * |
| Plaintiff | * |
| v. | Civil Action No. 14-cv-2704 PJM |
| | * |
| **PNC BANK, NATIONAL ASSOCIATION** | * |
| | * |
| Defendant | |

\* * * * * * * * * * * * *

**MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT, PNC BANK, NATIONAL ASSOCIATION**

Defendant, PNC Bank, National Association ("PNC Bank"), by its undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 56 for the entry of summary judgment with respect to all claims asserted in the Complaint, filed by Plaintiff, Genesis Office Systems, Inc., for the reasons set forth in its Memorandum in Support of Motion to Dismiss, filed and incorporated herewith. There are no material facts in dispute and PNC Bank is entitled to judgment as a matter of law.

Respectfully submitted,

/s/ Michael S. Barranco
Michael S. Barranco, Bar No. 04036
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland 21204
(410) 494-7777
msbarranco@tph-law.com

Attorney for Defendant,
PNC Bank, National Association

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9, 2015, a copy of the Motion for Summary Judgment was served via EM/ECF and/or first class mail, postage prepaid, to:

Rickey Nelson Jones, Esquire
Law Offices of Reverend Rickey Nelson Jones
3rd Floor--Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217

Attorney for Plaintiff

                                            /s/ Michael S. Barranco
                                            Michael S. Barranco